IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ADAM J. SHORR,<br>    Defendant. | CRIMINAL FILE NO.<br>1:07-CR-182-1-TWT |

### ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 79] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 49]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 49] is DENIED.

SO ORDERED, this 5 day of March, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge